■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PETER KESICK, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's argument that the evidence of intent is insufficient to support his conviction for burglary in the second degree. Defendant's intent to commit larceny can be inferred from the circumstances of the entry *(see, People v Woodard,* 148 AD2d 997, 998, *lv denied* 74 NY2d 749; *People v Caraballo,* 138 AD2d 725, 726, *lv denied* 71 NY2d 1024). We further conclude that the sentence is not harsh and excessive. (Appeal from judgment of Erie County Court, Drury, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. ABRAHAM, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contentions that the prosecution failed to disprove defendant's agency defense *(see, People v Lam Lek Chong,* 45 NY2d 64, 74-75, *cert denied* 439 US 935) and that his concurrent sentences of 4 to 12 years are harsh and excessive. (Appeal from judgment of Oneida County Court, Aison, J.—criminal sale of controlled substance, third degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.